UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:** ARLENE R. LINDSAY            **DATE:** 2/5/2010
United States Magistrate Judge
                                         **TIME:** 11:00 a.m.

**DOCKET NO:** CV 07-1024 (JS)

**CASE:** Armstrong v. Homebridge Mortgage Bankers Corp.

____ INITIAL CONFERENCE
____ STATUS CONFERENCE                   BY TELEPHONE ____
_X_ SETTLEMENT CONFERENCE
____ FINAL CONFERENCE ORDER

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|---|
|  | Robert Felix | David Byrne |
|  | Paul Rooney |  |
|  | Keith Stern |  |
|  | Peter Valori |  |

**The following rulings were made:**

Settlement discussions held. Settlement was placed on the record. A telephone status conference is set for March 3, 2010 at 2:00 p.m. Plaintiffs shall initiate the call and contact chambers at (631) 712-5730 once all of the parties are on the line.

On March 5, 2010 at 2:00 p.m., a hearing will be held to hear any objections to the settlement by individual plaintiffs. Plaintiffs located outside of the state of New York may participate by telephone.

**SO ORDERED:**
_____/s/_____